■ ANNA GAUDIO, as Executrix of LEONARDO GAUDIO, Deceased, Plaintiff, v. NIAGARA MOHAWK POWER CORP., Appellant, and VILLAGE OF MANLIUS, Respondent. (Action No. 8.) — Order unanimously affirmed without costs. Same memorandum as in Action No. 1 (*Nichols* v. *Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing cross claim in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ ROY NICHOLS et al., Individually and as Parents of MARTIN NICHOLS, an Infant, Respondents, v. COMPAGNI CONSTRUCTION CO., INC., Appellant. (Action No. 9.) — Judgment unanimously reversed on the law and facts, without costs, and complaint dismissed as to defendant, Compagni Construction Co., Inc. Same memorandum as in Action No. 1, (*Nichols* v. *Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule, and Cardamone, JJ.

■ ANNA GAUDIO, as Executrix of LEONARDO GAUDIO, Deceased, Respondent, v. COMPAGNI CONSTRUCTION COMPANY, Appellant. (Action No. 10.) — Judgment unanimously reversed on the law and facts, without costs and complaint dismissed as to defendant, Compagni Construction Co., Inc. Same memorandum as in Action No. 1, (*Nichols* v. *Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ NIAGARA MOHAWK POWER CORP., Third-Party Appellant, v. COMPAGNI CONSTRUCTION Co., INC., Third-Party Respondent. (Action No. 11.) ——Order unanimously affirmed, without costs. Same memorandum as in Action No. 1, *Nichols* v. *Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing third-party complaint in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule, and Cardamone, JJ.

■ NIAGARA MOHAWK POWER CORP., Third-Party Appellant, v. HARRY HUDSON et al., Doing Business as ECONOMY PAVING Co., Third-Party Respondent. (Action No. 12.) — Order unanimously affirmed, without costs. Same memorandum as in Action No. 1, (*Nichols* v. *Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing third-party complaint in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ DOROTHY M. RACHON, Respondent, v. LOUIS CHEUVANT, an Infant, by GEORGE KOHN, His Guardian ad Litem, Respondent, et al., Defendant. DOROTHY M. RACHON, Respondent, v. LUCY M. LAWSON, Appellant.— Judgment unanimously reversed on the law and facts, without costs, and complaint against appellant dismissed. Memorandum: In this action in which plaintiff seeks to impose liability on appellant for injuries caused to plantiff at 2 o'clock in the morning by the negligence of the operator of appellant's automobile, the issue of whether the automobile was operated with appellant's consent was, on stipulation of the parties, separately tried before the trial court without a jury. The operator of appellant's car was her 17-year-old grandson who possessed a junior operator's license which did not permit him " to operate a motor vehicle, other than going to and from school," during the hours of darkness. (Vehicle and Traffic Law, § 501, subd. 1, par. b.) Both appellant and her grandson knew that the license did not allow him to operate a car after dark except in going to and from school and both of them testified that he had not previously used the car in violation of the terms of the license. Appellant and the operator of